Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−13765−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Adeline M. Rose
   aka Adeline Rose
   156 Serpentine Dr E
   Bayville, NJ 08721−3052

Social Security No.:
   xxx−xx−1156

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/15/24.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: February 16, 2024
JAN: bwj

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Adeline M. Rose  
    Debtor

Case No. 22-13765-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Feb 16, 2024      Form ID: 148      Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Adeline M. Rose, 156 Serpentine Dr E, Bayville, NJ 08721-3052 |
| aty | + | KML Law Group, PC 2, 16 Haddon Avenue, Suite 406, Westmont, NJ 08108-2706 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 340514, Tampa, FL 33694-0514 |
| lm | + | Shellpoint Mortgage Servicing, 55 Beattie Pl. Suite 500, MS-501, Greenville, SC 29601-5116 |
| 519577272 | | 1st Crd Srvc, 377 Hoes Ln, Piscataway, NJ 08854-4138 |
| 519577275 | | Capital One Auto Finan, Credit, Bureau DISPUTE, Plano, TX 75023 |
| 519577280 | | Ditech, PO Box 6172, Rapid City, SD 57709-6172 |
| 519577290 | | Lvnv Funding LLC, Greenville, SC 29601 |
| 519577294 | + | Retro Fitness, PO Box 6800, Sherwood, AR 72124-6800 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 16 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 16 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519581147 | + | EDI: AISACG.COM | Feb 17 2024 01:41:00 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519577273 | + | EDI: LCIBAYLN | Feb 17 2024 01:41:00 | Bayview Financial Loan, Attn: Bankruptcy Dept, 4425 Ponce de Leon Blvd Fl 5, Coral Gables, FL 33146-1873 |
| 519577274 | | EDI: TCISOLUTIONS.COM | Feb 17 2024 01:41:00 | Bk of Mo, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 519577276 | | EDI: CAPONEAUTO.COM | Feb 17 2024 01:41:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519577277 | | EDI: PHINGENESIS | Feb 17 2024 01:41:00 | Cb Indigo/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519577278 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2024 20:52:00 | Community Loan Servici, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1839 |
| 519577279 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 16 2024 21:12:05 | Credit One Bank, NA, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519577281 | | EDI: PHINGENESIS | Feb 17 2024 01:41:00 | Feb Destiny/gf, PO Box 4499, Beaverton, OR 97076-4499 |
| 519577282 | | EDI: AMINFOFP.COM | Feb 17 2024 01:41:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |

Case 22-13765-MBK    Doc 60    Filed 02/18/24    Entered 02/19/24 00:15:33    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 40 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519577283 | | EDI: AMINFOFP.COM | Feb 17 2024 01:41:00 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519577284 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 16 2024 20:52:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519577285 | | EDI: PHINGENESIS | Feb 17 2024 01:41:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519577286 | | EDI: PHINGENESIS | Feb 17 2024 01:41:00 | Genesis Fs Card, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 519577287 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 16 2024 20:53:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 519657796 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 16 2024 20:53:00 | Hyundai Lease Titling Trust, P.O. Box 20809, Fountain Valley, CA 92728-0809 |
| 519577288 | | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Feb 16 2024 20:53:00 | Hyundai Motor Finance, Attn: Bankruptcy, PO Box 20829, Fountain Valley, CA 92728-0829 |
| 519636723 | | EDI: JEFFERSONCAP.COM | Feb 17 2024 01:41:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519636809 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:12:09 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519577291 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 16 2024 21:12:08 | LVNV Funding, LLC, 200 Meeting Street, Suite 206, Charleston, SC 29401-3187 |
| 519577292 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2024 20:53:00 | Midland Credit Mgmt In, 8875 Aero Dr, San Diego, CA 92123-2255 |
| 519577293 | | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 20:52:00 | New Res-Shellpoint Mtg, 55 Beattie Pl, Greenville, SC 29601-2165 |
| 519661846 | | EDI: PRA.COM | Feb 17 2024 01:41:00 | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 519646240 | | EDI: Q3G.COM | Feb 17 2024 01:41:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519577295 | | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 20:52:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, PO Box 10826, Greenville, SC 29603-0826 |
| 519577296 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 16 2024 20:52:00 | Tbom/Atls/Aspire, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 519577297 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 16 2024 20:52:00 | Tbom/Atls/Aspire, PO Box 105555, Atlanta, GA 30348-5555 |
| 519577298 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 16 2024 20:52:00 | Tbom/Atls/Fortiva Mc, PO Box 105555, Atlanta, GA 30348-5555 |
| 519662147 | | Email/Text: mtgbk@shellpointmtg.com | Feb 16 2024 20:52:00 | The Bank of New York Mellon Trustee (See 410), c/o NewRez LLC, d/b/a Shellpoint Mortgage Servicing, PO Box 10826, Greenville, South Carolina 29603-0826 |
| 519577299 | | EDI: TCISOLUTIONS.COM | Feb 17 2024 01:41:00 | Total Visa/the Bank of Missouri, Attn: Bankruptcy, PO Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519577289 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 16, 2024 | Form ID: 148 | Total Noticed: 40 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:**

**Name**          **Email Address**

Albert Russo
    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
    docs@russotrustee.com

Daniel E. Straffi
    on behalf of Debtor Adeline M. Rose bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Gavin Stewart
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing bk@stewartlegalgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com
    mortoncraigecf@gmail.com

TOTAL: 6